THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CLAUDE E. BARNES, Appellant.

(Submitted January 8, 1923; decided January 16, 1923.)

Motion to amend remittitur denied. (See 234 N. Y. 602.)

---

In the Matter of the Claim of PATRICK A. SULLIVAN, Appellant, *v.* GLENS FALLS PORTLAND CEEMNT COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 8, 1923; decided January 16, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 552.)

---

REMINGTON ARMS UNION METALLIC CARTRIDGE COMPANY, Respondent, *v.* GEORGE ATKINSON, Appellant.

(Submitted January 8, 1923; decided January 16, 1923.)

Motion to amend remittitur granted, without costs. Return of remittitur requested and when returned remittitur will be amended so as to provide that the judgment of the Appellate Division be modified by deducting therefrom the sum of $429.45, and as so modified affirmed, without costs. (See 234 N. Y. 586.)